J Christopher Jorgensen
Nevada Bar No. 5382
Matthew Tsai
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: cjorgensen@lrrc.com
Email: mtsai@lrrc.com

*Attorneys for Defendant The Retail Equation, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA MARSCHECK, | Case No.: 2:20-cv-01521-JAD-VCF |
| Plaintiff, | Compl. Filed:   August 18, 2020 |
| vs. | |
| THE RETAIL EQUATION, | **STIPULATION TO EXTEND DEFENDANT THE RETAIL EQUATION'S TIME TO RESPOND TO COMPLAINT** |
| Defendants. | **(FIRST REQUEST)** |

This Stipulation to Extend Defendant The Retail Equation's Time to Respond to Complaint is made by and between Plaintiff Laura Marscheck ("Plaintiff") and Defendant The Retail Equation ("TRE") through their respective counsel, in light of the following facts:

## RECITALS

A.   Plaintiff filed the Complaint ("Complaint") against TRE on or about August 18, 2020.

B.   TRE was served with the Complaint on or about August 20, 2020.

C.   TRE's current deadline to respond to the Complaint is September 10, 2020.

D.   The parties agreed that TRE would have through October 10, 2020, to respond to the Complaint in order to give TRE time to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this

112261385.1

1 | matter.

2 |     E.     There is good cause to grant this stipulation because TRE requires

3 | additional time to investigate Plaintiff's claims and prepare a proper response, and the

4 | parties require additional time to consider a resolution of this matter.

5 |     F.     This stipulation is filed in good faith and not intended to cause delay.

6 |     G.     Pursuant to Local Rule IA 6-2 and Local Rule 7.1, Plaintiff and TRE

7 | respectfully request that the Court extend TRE's time to respond to Plaintiff's Complaint

8 | through October 10, 2020.

9 | **STIPULATION**

10 |     NOW, THEREFORE, Plaintiff and TRE hereby stipulate and agree that TRE has

11 | up to and including October 10, 2020, to file a response to Plaintiff's Complaint.

12 |     **IT IS SO STIPULATED.**

13 | DATED this 10th day of September, 2020.    DATED this 10th day of September, 2020.

14 | **KRIEGER LAW GROUP, LLC**    **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

16 | By:/s/ Shaina R. Plaskin    By: /s/ J Christopher Jorgensen
    David H. Krieger, Esq.    J Christopher Jorgensen, Esq.

17 | Nevada Bar No. 9086    Nevada Bar No. 5382
    500 N. Rainbow Blvd., Suite 300    3993 Howard Hughes Pkwy, Suite 600
    Las Vegas, Nevada 89107    Las Vegas, NV 89169

19 | Matthew I. Knepper, Esq.    *Attorneys for Defendant*
    Nevada Bar No. 12796    *The Retail Equation, Inc.*

20 | Shaina R. Plaskin, Esq.
    Nevada Bar No. 13935

21 | Knepper & Clark, LLC
    5510 S. Fort Apache Rd., Suite 30

22 | Las Vegas, NV  89148-7700

23 | *Attorneys for Plaintiff*
    *Laura Marscheck*

24 |     ORDER

25 |     **IT IS SO ORDERED**

27 |     United States Magistrate Judge

28 |     9-11-2020
    DATED

Lewis Roca ROTHGERBER CHRISTIE
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

2

112261385.1